IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN NESTLER and DERYCK JACKSON, individually and as representatives of a class of similarly situated persons, | No. 3:24-cv-00842-MO |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| SLOY, DAHL & HOLST, LLC, and ALTA TRUST COMPANY, | |
| Defendants. | |

MOSMAN, J.,

I dismissed Plaintiffs' First Amended Complaint [ECF 33] for lack of subject matter jurisdiction without prejudice. [ECF Nos. 55 and 59]. The deadline for Plaintiff to move for leave to file a second amended complaint was June 24, 2025. [ECF Nos. 58 and 59]. Plaintiffs failed to meet the deadline. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 2d day of September, 2025.

MICHAEL W. MOSMAN
United States District Judge

1 – ORDER OF DISMISSAL